UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| LORI TURNER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CASE NO.: 1:20-cv-00648 |
| v. | ) |
| | ) |
| WAL-MART STORES, INC., | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF REMOVAL

TO THE HONORABLE JUDGES AND CLERK OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF INDIANA.

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. § 1332, 1441, and 1446, removing party WAL-MART STORES, INC. ("Wal-Mart"), by counsel, hereby files this Notice of Removal to remove the above-entitled action to this Court based upon the following supporting grounds. Removing party Wal-Mart, appearing solely for the purpose of this removal, and for no other purpose, and preserving all other defenses available to it, states as follows:

## VENUE

1. Removal to the Southern District of Indiana, Indianapolis Division, is appropriate pursuant to 28 U.S.C. § 1441(a), because the Southern District of Indiana, Indianapolis Division, embraces the County of Marion, where the action was pending prior to the filing of this Notice of Removal.

## REMOVAL IS TIMELY

2. On February 6, 2020 removing party Wal-Mart was served by certified mail with a Summons and Complaint in the above-entitled action at the offices of its registered agent for service of process in Indiana, CT Corporation System. Therefore, removal is timely under 28 U.S.C. § 1446(b)(1).

## STATE COURT PROCEEDINGS

3. On February 6, 2020 Plaintiff Lori Turner (hereinafter "Plaintiff") filed her Complaint, Summons, and Certificate of Issuance of Summons in the above-entitled action against Wal-Mart in the Marion County Superior Court in the State of Indiana, Cause No. 49D12-2002-CT-004886, and is now pending therein.

4. On or about February 3, 2020, Plaintiff filed a Certificate of Service.

5. No further proceedings have been had in the Marion County Superior Court.

6. Pursuant to S.D. Ind. L.R. 81-2(d), Walmart asserts that there are no state court motions that remain pending at the time of this Notice of Removal.

## DIVERSITY JURISDICTION EXISTS

7. This is a civil action that falls within the Court's original jurisdiction under 28 U.S.C. § 1332 and is one that may be removed to this Court based on diversity of citizenship under 28 U.S.C. §§ 1441 and 1446.

8. Plaintiff is a citizen of the State of Indiana.

9. Walmart Stores, Inc. is an improper Defendant. The correct Defendant is Walmart Stores East, LP. However, for purposes of this Notice of Removal, Walmart, Inc. is a Delaware Corporation with its principal place of business in Bentonville, Arkansas. Thus, for purposes of diversity jurisdiction, Walmart, Inc. is a citizen of Delaware and Arkansas, and not of Indiana.

10. This Court will not lose jurisdiction if/when the proper Defendant, Walmart Stores East, LP, is substituted in this action. Walmart Stores East, LP is a Delaware limited partnership, of which WSE Management, LLC is the general partner, and WSE Investment, LLC is the limited partner. The sole member of both WSE Management, LLC and WSE Investment, LLC is Walmart Stores East, LLC, an Arkansas limited liability company whose sole member is Walmart, Inc. Walmart, Inc., a Delaware corporation, is a publicly traded company on the New York Stock Exchange and traded under the symbol WMT. The principal place of business for all entities mentioned is Bentonville, Arkansas. Thus, for purposes of diversity jurisdiction, Walmart Stores East, LP is a citizen of Delaware and Arkansas, and not of Indiana.

11. There is complete diversity of citizenship between the parties named in this case.

12. Plaintiff's Complaint does not demand a specific sum of monetary damages. The State of Indiana does not permit a demand for a specific sum. Therefore, this Notice of Removal states that the monetary value of the amount in controversy exceeds $75,000, exclusive of interest and costs, based upon the following:

   a. Plaintiff sustained injuries as an alleged result of the incident forming the basis of his Complaint.

   b. Plaintiff alleges she has been damaged.

   c. On February 14, 2020, Counsel for Defendant has spoken with Counsel for Plaintiff regarding this matter.  Plaintiff's counsel reported that Plaintiff suffered a meniscus tear that required surgery.

   d. The same date, Plaintiff counsel has conveyed his belief that the amount in controversy will exceed $75,000, exclusive of interest and costs, and

therefore, would not execute a stipulation and covenant not to execute for $75,000 to remain in State Court.

13. Based upon the injuries and damages alleged, Plaintiff seeks recovery in excess of $75,000 exclusive of interest and costs, the value to Plaintiff of the relief sought in the Complaint exceeds $75,000 exclusive of interest and costs, and/or the amount in controversy exceeds $75,000 exclusive of interest and costs.

14. Therefore, this state court action is properly removed to this Court in accordance with 28 U.S.C. §§ 1441 and 1446 because: (1) this action is a civil action pending within the jurisdiction of the United States District Court for the Southern District of Indiana, Indianapolis Division; (2) this action is between citizens of different States; (3) the amount in controversy exceeds $75,000 exclusive of interest and costs.

## STATUTORY REQUIREMENTS

15. Pursuant to 28 U.S.C. § 1446(a) and Local Rule 81-2,, a copy of the entire state court file is attached as an Exhibit and includes the State Court Record as of the date of this Notice of Removal, including the following: Complaint, Plaintiff's Appearance, Summons, Certificate of Issuance of Summons and Certificate of Service.

16. Pursuant to S.D. Ind. L.R. 81-2(c), a copy of the operative Complaint is also attached hereto as a separate Exhibit to this Notice of Removal.

17. A copy of this Notice of Removal has been filed in the Marion County Superior Court and Plaintiff has been served with both this Notice of Removal and the Notice of Filing Notice of Removal.

WHEREFORE, removing party WAL-MART STORES, INC, by counsel, respectfully requests that the above-entitled action be removed from the Marion County Superior Court to the United States District Court for the Southern District of Indiana, Indianapolis Division.

                                        **LEWIS WAGNER, LLP**

By:    s/*Lesley A. Pfleging*
        LESLEY A. PFLEGING, #26857-49A
        ***Counsel for Defendant***

CERTIFICATE OF SERVICE

I hereby certify that on February 27, 2020, a copy of the foregoing **Notice of Removal** was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system. Parties may access this filing through the court's system.

Lance R. Worland
CARESS WORLAND LAW GROUP
5420 N. College Ave., Suite 100
Indianapolis, Indiana 46220
lance@caresslaw.com
***Counsel for Plaintiff***

                                        /s/*Lesley A. Pfleging*
                                        LESLEY A. PFLEGING

LEWIS WAGNER, LLP
Suite 200
501 Indiana Avenue
Indianapolis, IN 46202
Telephone:    317-237-0500
Facsimile:     317-630-2790
lpfleging@lewiswagner.com